## STATE OF CONNECTICUT *v.* DAVID SMITH

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 789 (AC 14454), is denied.

*Hope C. Seeley* and *Hubert J. Santos,* in support of the petition.

*Timothy J. Sugrue,* executive assistant state's attorney, in opposition.

Decided May 9, 1996

## ROBERT JOHNSTON *v.* BOARD OF TAX REVIEW OF THE CITY OF MIDDLETOWN

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 946 (AC 14317), is denied.

BERDON, J. dissenting. I would grant the plaintiff's petition for certification to appeal.

*David R. Schaefer,* in support of the petition.

*Trina A. Solecki,* city attorney, in opposition.

Decided May 9, 1996

## WAFEEK ABDELSAYED *v.* MURTY NARUMANCHI

The defendant's petition for certification for appeal from the Appellate Court, 39 Conn. App. 778 (AC 13548), is denied.

*Murty Narumanchi,* pro se, in support of the petition.

*Robin Stevens,* in opposition.

Decided March 11, 1996